1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11   ANTHONY NICKELS,                    )    No. C 13-01863 EJD (PR)
                                          )
12              Petitioner,               )    ORDER GRANTING MOTION FOR
                                          )    EXTENSION OF TIME TO FILE
13       v.                               )    MOTION FOR LEAVE TO PROCEED
                                          )    *IN FORMA PAUPERIS*
14   TERRY GONZALES, Warden,              )
                                          )
15              Respondent.               )
                                          )
16                                        )
     _____)
17

18
19          On April 28, 2013, Petitioner, a state prisoner proceeding pro se, filed a petition
20   for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On the same day, the Clerk
21   sent a notice to Petitioner that a filing fee of $5.00 was due or in the alternative, that
22   Petitioner must file an In Forma Pauperis ("IFP") Application within twenty-eight days
23   of the notice to avoid dismissal of the action.  (Docket No. 2.)  On May 29, 2013,
24   Petitioner filed a letter stating that he has been attempting to obtain his trust account
25   data sheet but due to unknown circumstances it has not been provided to him.  (Docket
     No. 3.)
26          In the interest of justice, the Court construes Petitioner's letter as a motion for
27   an extension of time to file an IFP Application and hereby **GRANTS** the motion.
28

United States District Court
For the Northern District of California

Order Granting EOT to file IFP
G:\PRO-SE\EJD\HC.13\01863Nickels_eot-ifp.wpd

1  Petitioner must file a complete IFP Application **no later than twenty-eight (28) days**

2  **from the date this order is filed.** In the alternative, Petitioner may file the $5.00 filing

3  fee in the same time provided.

4       **Failure to file a timely response in accordance with this order by filing a**

5  **complete IFP application or paying the filing fee will result in the dismissal of this**

6  **action without further notice to Petitioner.**

7  DATED: _____6/11/2013_____

8                    EDWARD J. DAVILA

9                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Order Granting EOT to file IFP
G:\PRO-SE\EJD\HC.13\01863Nickels_eot-ifp.wpd    2