UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY NICKELS,

    Petitioner,

v.

TERRI GONZALES, Warden,

    Respondent.

Case No. 13-cv-1863-VC

**JUDGMENT**

The petition for writ of habeas corpus having been denied, judgment is hereby entered in favor of Respondent Terri Gonzalez. Petitioner Anthony Nickels shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: August 18, 2014

_____
VINCE CHHABRIA
United States District Judge